UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KYHAM DUNN,

Plaintiff,

Civil No. 25-935 (JRT/DJF)

v.

JESSICA PETE,

**MEMORANDUM OPINION AND ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Defendant.

Kyham Dunn, OID No. 264133, MCF St. Cloud, 2305 Minnesota Boulevard SE, St. Cloud, MN 56304, *pro se* plaintiff.

This matter comes before the Court upon the Report and Recommendation of the United States Magistrate Judge Dulce J. Foster, dated April 23, 2025 (Docket No. 5). No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Magistrate Judge's Report and Recommendation [Docket No. 5] is **ADOPTED**;

2. This matter is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(b); and

3. Mr. Dunn is directed to pay the unpaid balance ($350.00) of the statutory

-2-

filing fee for this action in the manner prescribed by 28 U.S.C. § 1915(b)(2), and the Clerk of Court is directed to provide notice of this requirement to the authorities at the institution where Mr. Dunn is confined.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: June 11, 2025                        _____s/John R. Tunheim_____
at Minneapolis, Minnesota.                       JOHN R. TUNHEIM
                                                          United States District Judge